HANNAH K. GIBBONS, Appellant, *v.* PHILIP BERÒLZHEIMER, Respondent.

*Gibbons* v. *Berolzheimer*, 103 App. Div. 609, affirmed.
(Argued April 29, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to recover for the conversion of certain stock.

*Walter B. Raymond* and *Ralph Stout* for appellant.

*M..E. Harby* and *Sylvan Bier* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE CUSHMAN AND DENISON MANUFACTURING COMPANY, Appellant, *v.* CLIPPER MANUFACTURING COMPANY, Respondent.

*Cushman & Denison Mfg. Co.* v. *Clipper Mfg. Co.*, 110 App. Div. 892, affirmed.
(Argued April 29, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an injunction to restrain the alleged infringement of a trade mark.

*Charles A. Collin* for appellant.

*Oscar W. Jeffery* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.